1  TODD A. WALBURG (SBN 213063)
   twalburg@baileyglasser.com
2  SCOTT B. BAEZ (SBN 330485)
   sbaez@baileyglasser.com
3  **BAILEY GLASSER LLP**
   1999 Harrison Street, Suite 660
4  Oakland, California 94612
   Telephone: (510) 272-8000
5  Facsimile: (510) 463-0291

6  *Attorneys for the Plaintiffs*

7  ANDREW J. DETHERAGE (SBN 257550)
   andrew.detherage@btlaw.com
8  GARRETT S. LLEWELLYN (SBN 267427)
   garrett.llewellyn@btlaw.com
9  AMY C. POYER (SBN 277315)
   amy.poyer@btlaw.com
10 **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
11 Los Angeles, California 90067
   Telephone:  (310) 284-3880
12 Facsimile:   (310) 284-3894

13 *Attorneys for Defendant*
   *Nissan North America, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN PASCAL; MARIA MENGONI; LEISA JOHNSON; EBONY JONES; PATRICK MCMORROW; TINISHA MILLER; ELIZABETH RODRIGUEZ; LEMAR TAYLOR; JUDI MOORE; and ROBERT CARNEVALE,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 8:20-cv-00492-JLS-JDE<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO ADJOURN, OR IN THE ALTERNATIVE, CONTINUE THE JULY 28, 2023 FINAL PRETRIAL CONFERENCE**<br><br>Final Pretrial Conference: July 28, 2023<br>Hearing Time: 10:30 a.m.<br>Courtroom: 8A<br>Judge: Honorable Josephine L. Staton |

NOTICE OF SETTLEMENT AND JOINT REQUEST TO ADJOURN, OR IN THE ALTERNATIVE, CONTINUE THE JULY 28, 2023 FINAL PRETRIAL CONFERENCE

Case No. 8:20-cv-00492

Pursuant to Local Rule 40-2, Plaintiffs Cristian Pascal, Maria Mengoni, Leisa Johnson, Ebony Jones, Patrick McMorrow, Tinisha Miller, Elizabeth Rodriguez, Lemar Taylor, Judi Moore, and Robert Carnevale ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA"), by and through their counsel, respectfully request that the Court adjourn, or in the alternative, continue for at least 30 days, the Final Pretrial Conference currently scheduled set for July 28, 2023 at 10:30 a.m. (ECF No. 200). In support of this request, Plaintiffs and NNA state as follows:

1. Plaintiffs and NNA have reached a settlement in principle;
2. Plaintiffs and NNA require at least 21 days to draft and finalize a formal settlement agreement;
3. Plaintiffs and NNA do not wish to expend unnecessary judicial resources or require lead trial counsel for both parties to travel from out of town, given the above.

Dated:  July 26, 2023                         **BAILEY & GLASSER LLP**

By: /s/ Todd. A Walburg
    Todd A. Walburg

*Attorneys for Plaintiffs*


Dated:  July 26, 2023                         **BARNES & THORNBURG LLP**

By: /s/ Amy C. Poyer
    Amy C. Poyer

*Attorneys for Defendant,*
*NISSAN NORTH AMERICA, INC.*

1