TODD A. WALBURG (SBN 213063)
twalburg@baileyglasser.com
SCOTT B. BAEZ (SBN 330485)
sbaez@baileyglasser.com
**BAILEY GLASSER LLP**
1999 Harrison Street, Suite 660
Oakland, California 94612
Telephone: (510) 272-8000
Facsimile: (510) 463-0291

*Attorneys for the Plaintiffs*

ANDREW J. DETHERAGE (SBN 257550)
andrew.detherage@btlaw.com
GARRETT S. LLEWELLYN (SBN 267427)
garrett.llewellyn@btlaw.com
AMY C. POYER (SBN 277315)
amy.poyer@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

*Attorneys for Defendant*
*Nissan North America, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN PASCAL; MARIA MENGONI; LEISA JOHNSON; EBONY JONES; PATRICK MCMORROW; TINISHA MILLER; ELIZABETH RODRIGUEZ; LEMAR TAYLOR; JUDI MOORE; and ROBERT CARNEVALE,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No.  8:20-cv-00492-JLS-JDE<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE (F.R.C.P. 41)**<br><br>Judge: Honorable Josephine L. Staton<br>Courtroom: 8A |

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own attorneys' fees and costs.

IT IS SO STIPULATED

Dated: September 26, 2023     **BAILEY & GLASSER LLP**

By: */s/ Todd. A Walburg*
Todd A. Walburg

*Attorneys for Plaintiffs*

Dated: September 26, 2023     **BARNES & THORNBURG LLP**

By: */s/ Amy C. Poyer*
Amy C. Poyer

*Attorneys for Defendant,*
*NISSAN NORTH AMERICA, INC.*

SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 26, 2023     By: */s/ Garrett S. Llewellyn*
Garrett S. Llewellyn